No. 94–187.  BRADLEY *v.* WEST VIRGINIA.  Cir. Ct. Wood County, W. Va.  Certiorari denied.

No. 94–188.  MILLER, ADMINISTRATRIX OF ESTATE OF MILLER, DECEASED *v.* KEYSTONE INSURANCE CO.  Sup. Ct. Pa.  Certiorari denied.

No. 94–191.  RUMSEY ET AL. *v.* NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES ET AL.; and
No. 94–232.  NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES ET AL. *v.* RUMSEY ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 94–192.  MOLDEA *v.* NEW YORK TIMES CO.  C. A. D. C. Cir.  Certiorari denied.

No. 94–193.  BRIGHT ET AL. *v.* QSP, INC.  C. A. 4th Cir.  Certiorari denied.

No. 94–194.  CRAIG, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF CRAIG, DECEASED *v.* ATLANTIC RICHFIELD CO. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–195.  PARKE-HAYDEN, INC. *v.* LOEWS THEATRE MANAGEMENT CORP.  C. A. 2d Cir.  Certiorari denied.

No. 94–196.  GROVE NORTH AMERICA, DIVISION OF KIDDE INDUSTRIES, INC. *v.* LOWE ET AL.  Sup. Ct. Ala.  Certiorari denied.

No. 94–198.  KILE *v.* APPELLATE DEPARTMENT, SUPERIOR COURT OF CALIFORNIA, COUNTY OF PLACER (TREPANTIS, REAL PARTY IN INTEREST).  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 94–199.  PARSONS ET AL., CO-EXECUTORS OF THE ESTATE OF BOWDEN, DECEASED *v.* DELAWARE DEPARTMENT OF HEALTH AND SOCIAL SERVICES, DIVISION OF SOCIAL SERVICES.  Sup. Ct. Del.  Certiorari denied.

No. 94–200.  HIGGINS ET AL. *v.* FEGLEY.  C. A. 6th Cir.  Certiorari denied.

No. 94–205.  FIELD *v.* EASTON ET AL.  C. A. 2d Cir.  Certiorari denied.